UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Michael Griffith, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>Paran LLP,<br><br>                    Defendant. | Case No. 2:21-cv-01397-GMN-BNW<br><br>**REPORT AND RECOMMENDATION** |

On August 9, 2021, the Court ordered Plaintiff Michael Griffith to update his address by August 31, 2021, as a recent filing was returned as undeliverable. *See* ECF Nos. 4, 5. The Court further advised Mr. Griffith that if he did not comply with the Court's order, the Court would recommend dismissing his case. ECF No. 5. Mr. Griffith has not complied with the Court's order.

IT IS THEREFORE RECOMMENDED that the case with respect only to Michael Griffith be dismissed without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: September 8, 2021

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE