# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL GRIFFITH, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:21-cv-01397-GMN-BNW |
| vs. | ) | |
| | ) | **ORDER** |
| PARAN LLP, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Brenda Weksler, (ECF No. 9), which recommends that Plaintiff Detrick Curtis Conerly's ("Plaintiff's") Complaint, (ECF No. 1-1) be dismissed without leave to amend.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. Local R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. 28 U.S.C. § 636(b)(1); D. Nev. Local R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so, February 24, 2022, has passed.

(*See* Report and Recommendation, ECF No. 9).  Given that the Court adopts in full the Report and Recommendation, (ECF No. 9), which dismisses Plaintiff's Complaint without leave to amend, the Court further denies as moot Plaintiff's Motion for Summary Judgment, (ECF No. 2).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 9), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint, (ECF No. 1-1), is **DISMISSED** without leave to amend.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, (ECF No. 2), is **DENIED as moot**.

The Clerk's Office is directed to close this case accordingly.

**DATED** this __28__ day of February, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court